Summons

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR15-0547 |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | **SUMMONS TO APPEAR** |
| v. ) | |
| ) | |
| ASBURY ENVIRONMENTAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

FILED 2015 DEC -2 PM 3:42 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

TO: **ASBURY ENVIRONMENTAL SERVICES, INC.,**
Attn: Thomas McHenry
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012,** in **Courtroom 341 on the 3rd Floor,** before the **Honorable Duty Judge** on the **9th** day of December 2015 at **2:00\* p.m.** to answer to an **Information** (attached hereto) charging you with:   **SEE ATTACHED.**

Dated: 10/6/15

cc:

CLERK OF COURT, U.S. DISTRICT COURT

By _____
Deputy Clerk

### RETURN

This summons was received by me at   the Gibson Dunn Office   on   10/26/15  .

_____ / Attorney for
ASBURY ENVIRONMENTAL SERVICES, INC.,