Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASBURY ENVIRONMENTAL ) <br> SERVICES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 15-0547 <br><br> **REVISED SUMMONS TO APPEAR** |

**TO:**  Asbury Environmental Services, Inc.
ATTN: Jerry A. Behnke, Esq.
Larson O'Brien LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Email: jbehnke@larsonobrienlaw.com

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 341 on the 3rd Floor**, before the **Duty Magistrate Judge** on **November 27, 2018, at 2:00 p.m.**, to answer to an information (attached hereto) charging you with violating 33 U.S.C. §§ 1311(a), 1319(c)(1)(A), and 18 U.S.C. § 2(b).

Dated: September 24, 2018

CLERK U.S. DISTRICT COURT

By _____
Deputy Clerk



## **RETURN**

This summons was received by me at  Los Angeles, CA  on  10/2/18 .

_____
ASBURY ENVIRONMENTAL SERVICES, INC.

**Note:**  IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.