# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ASBURY ENVIRONMENTAL<br>SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No. CR 15-0547<br><br>**REVISED SUMMONS TO APPEAR**<br><br>FILED 2018 DEC 18 PM 3:50 |

**TO:**  Asbury Environmental Services, Inc.
ATTN: Jerry A. Behnke, Esq.
Larson O'Brien LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Email: jbehnke@larsonobrienlaw.com

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 341 on the 3rd Floor**, before the **Duty Magistrate Judge** on **February 25, 2019, at 2:00 p.m.**, to answer to an information (attached hereto) charging you with violating 33 U.S.C. §§ 1311(a), 1319(c)(1)(A), and 18 U.S.C. § 2(b).

Dated: November 14, 2018

CLERK U.S. DISTRICT COURT

By _____
　　Deputy Clerk　　CINDY L. ORELLANA

## **RETURN**

This summons was received by me at _Los Angeles, CA_ on _12/3/18_.

_____
ASBURY ENVIRONMENTAL SERVICES, INC.

**Note:**  IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.