# EXHIBIT 1

FILED

2015 OCT -1  AM 11: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ASBURY ENVIRONMENTAL<br>SERVICES, INC.,<br><br>  Defendant. | CR No. 15- CR15-0547<br><br>I N F O R M A T I O N<br><br>[33 U.S.C. §§ 1311(a) and 1319(c)(1)(A): Negligent Discharge of Pollutants into Waters of the United States; 18 U.S.C. § 2(b): Causing an Act to be Done]<br><br>[Class A Misdemeanor] |

The United States Attorney charges:

[33 U.S.C. §§ 1311(a), 1319(c)(1)(A); 18 U.S.C. § 2(b)]

On or about October 7, 2010, in Los Angeles County, within the Central District of California, defendant ASBURY ENVIRONMENTAL SERVICES, INC. ("ASBURY ENVIRONMENTAL"), by and through the actions of its agents and employees, did negligently discharge, and cause to be discharged, water pollutants, specifically, marine diesel oil, from a point source, namely, the storm drain located at 1303 South

//
//
//
JOJ:joj

Santa Fe Avenue, Compton, California, into waters of the United States, namely, Compton Creek, which is tributary to the Los Angeles River, without a permit issued by the United States Environmental Protection Agency or by an authorized state agency.

Specifically, defendant ASBURY ENVIRONMENTAL, by and through the actions of its agents and employees, (a) failed to repair and maintain landing gear pads and shoes on trailer #224A; (b) failed to properly supervise and train its truck drivers; (c) failed to follow standard operating procedures for the handling of loaded trailers; and (d) failed to inspect trailer load paperwork or load contents and volume prior to disengaging trailer #224A from truck #125. As a result, ASBURY ENVIRONMENTAL, by and through the actions of its agents and employees, negligently discharged, and negligently caused to be discharged, water pollutants from a point source into waters of the United States without a permit issued by the United States Environmental Protection Agency or by an authorized state agency.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and Community
    Safety Crimes Section