# EXHIBIT 2

## NON-PROSECUTION AGREEMENT

### INTRODUCTION

1.  Asbury Environmental Services, with an office located at 9302 Garfield Avenue, South Gate, California ("AES"), by its undersigned officer and through its attorneys, Larson O'Brien LLP, and the United States Attorney's Office for the Central District of California ("the USAO") hereby enter into this Non-Prosecution Agreement ("this Agreement").

2.  This Agreement is limited to the USAO and cannot bind any other federal, state, or local prosecuting, administrative or regulatory authorities.

3.  On October 1, 2015, the USAO charged AES with a single Class A misdemeanor crime of Negligent Discharge of Pollutants into Waters of the United States, in violation of 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A). See Exhibit 1, attached to this Agreement.

### NON-PROSECUTION

4.  In consideration of AES's corrective and remedial actions taken to clean-up and prevent reoccurrence of spills such as the October 7, 2010, release of marine diesel oil described below, and upon payment of $19,024.74 to the Los Angeles County Fire Department for initial response and clean up costs and a $80,975.26 community service payment to the Arizona Department of Environmental Quality's Western States Project, the USAO agrees to dismiss with prejudice the single-count Information filed in United States v. Asbury Environmental Services, Inc., CR No. 15-547. See Exhibit 2, Western States Project Community Service Payment, attached to this Agreement.

### STATEMENT OF FACTS

5.  The USAO has alleged that on or about October 7, 2010, in Los Angeles County, within the Central District of California, one or more of AES's agents and employees did negligently discharge, and cause to be discharged, water pollutants, specifically, marine diesel oil, from a point source, namely, the storm drain located at 1303 South Santa Fe Avenue, Compton, California, into waters of the United States, namely, Compton Creek, which is tributary to the Los Angeles River, without a permit issued by the United States Environmental Protection Agency or by an authorized state agency.

6.  Nothing in this Agreement shall be construed as an admission by AES of any fact or violation of law. AES agrees that it shall not publicly deny any statement of fact contained in this Agreement. Nothing herein is intended to or shall prevent AES from defending itself in legal proceedings and/or administrative actions involving any third party or prevent any AES

employee or agent from making any statements in any third party legal proceedings and/or administrative actions.

## CORRECTIVE AND REMEDIAL ACTION

7. As a result of the marine diesel oil spill into Compton Creek, AES has taken significant corrective, remedial, and preventive actions to clean-up the spill and to prevent the reoccurrence of such spills in the future. The following is an illustrative list of the types of corrective and remedial actions undertaken by AES in response to the spill:

   a. Upon discovering the spill, AES immediately contacted its emergency response contractor, as well as all appropriate government agencies. Within 20 minutes of detecting the spill, an AES response team blocked the storm drain to prevent any further release of marine diesel oil. AES and its contractor installed coffer dams, absorbent diapers, and booms to capture oil and prevent it from reaching Compton Creek. Following the clean up, AES implemented a remediation plan that involved excavating over 113 tons of soil from a sidewalk and parking lot near the storm drain.

   b. AES incurred costs and expenses of approximately $868,451 in connection with its response, clean up, and remediation efforts relating to the incident.

   c. Since October 7, 2010, AES has hired safety-focused executives and other employees and implemented a number of new procedures, training programs, and operational improvements to prevent the reoccurrence of spills in the future, including the following:

      i. New Employees Hired:

         1. AES hired a Vice President ("VP") of Environment, Health & Safety to oversee the environmental, health and safety programs for AES and its affiliated companies.

         2. AES hired a former member of California Highway Patrol to serve as Director of Safety and Compliance and to oversee safety processes and procedures for AES and its affiliated companies.

         3. AES hired a former member of the U.S. Coast Guard ("USCG") and California Office of Spill Prevention Response to serve as Emergency Response Notification and Drill Trainer. The trainer conducts quarterly drills at various site locations which are

overseen by third-party observers. The trainer also conducts annual spill management team drills with the California Department of Fish & Wildlife and the USCG.

4. AES hired a former member of California Highway Patrol to serve as Compliance Administrator to evaluate compliance with laws and regulations and AES's internal safety policies and procedures. Among other tasks, the Compliance Administrator conducts safety audits at all terminal locations. The safety audits include, but are not limited to, evaluating employee performance and inspecting the condition of motor vehicles, equipment, and tanks.

ii. <u>Investment in New Spill Prevention Equipment and Improvements to Existing Equipment</u>: AES made a significant financial investment in a variety of spill prevention equipment, including retrofitting existing equipment with additional products and technologies. For example, AES (1) installed landing gear pads on its trailers to improve stability; (2) installed spill kits on its vehicles for immediate emergency response; (3) provided stabilizers for use when trailers are disconnected from trucks; (4) installed tank gauges, drip trays, and caps for all hoses; and (5) drafted a memorandum to drivers requiring that spill kits be available on vehicles prior to operation.

iii. <u>Implemented an Updated and Revised Comprehensive Training Program</u>:

1. AES updates its New Employee Orientation Training regularly to ensure the incorporation of the latest safety protocols and company experiences.

2. AES conducts bi-monthly safety meetings between supervisors and employees at each company location.

3. AES conducts daily "One Minute/Tail Gate Meeting or Safety Moments" between supervisors and drivers to impart the weekly safety topic, ensure that all drivers possess the required safety equipment, and ensure that the needs or concerns of the drivers are heard.

    4. During 2016 and 2017, AES conducted "Safety Blitzes" to train and evaluate each of its drivers' ability to perform a thorough pre and post trip vehicle inspection. AES plans to continue to conduct Safety Blitzes periodically.

    5. AES has trained all newly hired drivers in the "Smith System Technique" for safe driving practices. The Smith System is designed to reduce driver error, teach defensive driving practices, and prioritize safety behind the wheel.

  iv. AES has created new or updated Spill Prevention, Control, and Countermeasure Plans for each location, emergency response manuals, and operations manuals.

  v. AES prohibits the parking of loaded trucks and trailers at its 1241 S. Santa Fe Ave. location (the location of the October 7, 2010 spill).

d. In 2019, AES is installing fleet dash cam technology in its entire fleet to improve driver and public safety.

## PUBLIC DISSEMINATION OF AGREEMENT

8. This Agreement is a public document. The parties agree that it may be disclosed by the USAO to the media or public at the sole discretion of the USAO.

//

//

//

//

## NO ADDITIONAL AGREEMENTS

9. Except as expressly set forth herein, there are no additional promises, understandings or agreements between the USAO on the one hand, and AES on the other, concerning any other criminal prosecution, civil litigation or administrative proceeding relating to any other federal, state or local charges that may now be pending or hereafter be brought against AES. Nor may any additional agreement, understanding or condition relating to the conduct described above in the Statement of Facts be entered into unless in writing and signed by all parties.

AGREED AND ACCEPTED

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF CALIFORNIA

NICOLA T. HANNA
United States Attorney

_____          1/14/20
JOSEPH O. JOHNS                    Date
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section


I have read this Agreement, and carefully reviewed every part of it with the attorneys for AES. I understand it, and I voluntarily agree to it on behalf of AES. As the representative of AES, I represent that I have authority to act for and on behalf of the corporation. Further, I have consulted with the corporation's attorneys and fully understand the corporation's rights that may apply to this matter. No other promises or inducements have been made to the corporation, other than those set forth in this Agreement. In addition, no one has threatened or forced me or any member of the corporation in any way to enter into this Agreement. Finally, I am satisfied with the representation of the corporation's attorneys in this matter.

_____          1/13/20
CHRISTOPHER NORTON,                Date
Chief Legal Officer
Asbury Environmental Services

//
//

We are the attorneys for AES. We have carefully reviewed every part of this Agreement with Christopher Norton, Chief Legal Officer for AES, who to my knowledge has authority to act for and on behalf of the corporation. To my knowledge, the corporation's decision to into this Agreement is an informed and voluntary one.

| | |
|---|---|
| *[signature]* | 1/13/20 |
| STEPHEN G. LARSON | Date |
| Larson O'Brien LLP | |
| Attorneys for Asbury Environmental Services | |

## Exhibit 2

## The Western States Project Community Service Payment

1. The $80,975.26 community service payment shall be paid by certified check, or equivalent, made payable to "Western States Project Training Fund." The check shall be delivered to the United States Attorney's Office for the Central District of California. The USAO shall mail the check to the following address: Arizona Department of Environmental Quality, Western States Project, 1110 W. Washington, Suite 367, Phoenix, Arizona 85007.

2. The Western States Project shall use, disburse, and distribute funds from this community service payment for the purposes of of providing training consistent with the objectives of the Western States Project, including, but not limited to, hosting environmental compliance and enforcement trainings across the western half of the United States and Canada for local, state/provincial, and federal government employees.

3. The Western States Project (the Project) was established in 1986 to support and enhance the environmental enforcement programs of its members. The founding states were Arizona, California, Colorado, Idaho, Nevada, New Mexico, Oregon, Utah, and Washington.

4. The mission of the Western States Project is to protect and enhance the environment through increasing the effectiveness of environmental enforcement efforts and coordinating enforcement activities, including information services, among member states.

5. The Project is a consortium of government agencies involved in regulatory, civil and criminal enforcement of environmental laws in 12 Western states and three Canadian provinces. The Project is supported by training registration fees, membership dues and funds directed to the Project through environmental case settlements.

6. Project membership is composed of representatives from environmental regulatory agencies, attorney general offices, and other government bodies involved in civil, criminal, and administrative enforcement of environmental laws. Project membership is open to any state or territory of the United States, province or territory of Canada and state of Mexico. Associate memberships are open to government entities and enforcement support groups.

7. The Western States Project encourages the enforcement of environmental laws through the application of "task force" strategies. This approach recognizes the manifold nature of enforcement authority and allows for integration and coordination of technical, legal and investigatory resources for effective enforcement.

8. The Project seeks to fulfill its mission by providing legal and technical training to its members; facilitating the flow of information among members and with outside agencies;

providing case and program support; and researching environmental enforcement issues for its members.

9. The goal of the Project is to be a valuable resource for training, information, coordination and communication for environmental enforcement among its members. Achieving this goal depends largely upon the commitment, involvement and support of members through their representatives to the Project.

10. Project Members are: Alaska, Alberta, Arizona, British Columbia, California, Colorado, Hawaii, Idaho, Nevada, New Mexico, Oaklahoma, Oregon, Saskatchewan, Utah, and Washington.

11. Associate Members are: Alberta Energy Regulator, Environment Canada, Maricopa County (Phoenix, AZ) Air Quality Department, and Metro (Portland, OR).

**Asbury Environmental Services**  
**5179   WESTERN STATES PROJECT TRAINING**

500223585  
01/15/2020

| Date | Invoice | Memo | Orig. Amt | Discount | Amount |
|---|---|---|---|---|---|
| 1/15/2020 | Invoice 011520 SETTLEMENT - WESTERN ST | | 80,975.26 | | 80,975.26 |
| | | | | | 80,975.26 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

Asbury Environmental Services  
P. O. Box 1966  
South Gate  CA 90280  
(562) 928-0100

Wells Fargo Bank, N.A.  
420 Montgomery Street  
San Francisco, CA 94104

11-24 / 1210

500223585

DATE  01/15/2020

$  ****80,975.26

PAY   Eighty Thousand Nine Hundred Seventy-Five Dollars and 26/100 Cents

TO THE ORDER OF  
WESTERN STATES PROJECT TRAINING  
1600 GLENN AYR DR  
LAKEWOOD CO 80215

⑈500223585⑈ ⑆121000248⑆ 4124910506⑈

**Asbury Environmental Services** 500223586
2677   LOS ANGELES COUNTY FIRE DEPT 01/15/2020

| Date | Invoice | Memo | Orig. Amt | Discount | Amount |
|---|---|---|---|---|---|
| 1/15/2020 | Invoice 011520 | SETTLEMENT - LA COUNTY | 19,024.74 | | 19,024.74 |
| | | | | | 19,024.74 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**Asbury Environmental Services**
P. O. Box 1966
South Gate  CA 90280
(562) 928-0100

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

11-24 / 1210

**500223586**

DATE  01/15/2020

$  ****19,024.74

PAY   Nineteen Thousand Twenty-Four Dollars and 74/100 Cents

TO THE ORDER OF

LOS ANGELES COUNTY FIRE DEPT
LOS ANGELES COUNTY FIRE DEPT
CERTIFIED UNIFIED PROGRAM
P.O. BOX 513148
LOS ANGELES CA 90051

⑈500223586⑈ ⑉121000248⑉ 412491050 6⑈